IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD L. ALLEN, | ) | 4:07CV3036 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the petitioner's Motion for Leave to Appeal In Forma Pauperis. (Filing No. 27.) On November 10, 2008, the court granted the petitioner leave to proceed in forma pauperis on its own motion. (Filing No. 25.)

IT IS THEREFORE ORDERED that the petitioner's Motion for Leave to Appeal In Forma Pauperis (filing no. 27) is denied as moot.

Dated December 3, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge